# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANDREW R. DUPREE,**

       **Plaintiff,**

**v.**                                                **Case No:   6:15-cv-423-Orl-18KRS**

**APPLE INC.,**

       **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

This cause came on for consideration after a preliminary pretrial conference.

On June 11, 2015, the parties filed a Case Management Report, in which they represented that, with the exception of the deadlines for Mandatory Initial Disclosures, Certificate of Interested Persons and Corporate Disclosure Statement, and Motions to Add Parties, they were unable to agree upon proposed deadlines for this litigation.   Doc. No. 73.   As a result, the presiding District Judge referred the matter to me to conduct a preliminary pretrial conference and to discuss the contents of the Case Management Report.   Doc. No. 74.

On June 16, 2015, I issued an order setting a preliminary pretrial conference for June 24, 2015.   Doc. No. 75.   In that order, I required Plaintiff and counsel for Defendant to appear telephonically.   Counsel for Defendant appeared at the hearing in accordance with the order. Plaintiff, however, did not appear, even though he received notice of the hearing.   Plaintiff has not shown good cause for his failure to appear.   Accordingly, I respectfully **RECOMMEND** that the Court decline to adopt the deadlines proposed by Plaintiff.

I further **RECOMMEND** that the Court adopt the deadlines proposed by Defendant in the Case Management Report, with some modifications.   Defendant requests deadlines of January 6, 2016, for the meeting to prepare the joint final pretrial statement; January 18, 2016, for the joint final pretrial statement; and January 18, 2016, for motions in limine and pretrial briefs.   Doc. No. 73, at 2–3.   Because Defendant has requested a discovery deadline of September 1, 2016, and a trial term beginning on March 1, 2017, *see id.*, the above dates appear to be typographical errors that should be modified as follows: the deadline for the joint final pretrial statement meeting should be January 18, 2017; the deadline for the joint final pretrial statement should be January 18, 2017; and the deadline for motions in limine and pretrial briefs should be January 18, 2017.   The Court should also modify the deadlines set forth in the Case Management Report in a manner consistent with its internal procedures for case management.

Moreover, I respectfully **RECOMMEND** that the Court **ORDER** Plaintiff to show cause in writing why he should not be sanctioned, up to and including dismissal of his complaint, for failure to comply with the Court order requiring his appearance at the preliminary pretrial conference (Doc. No. 75).

Failure to file written objections to the proposed findings and recommendations contained in this Report and Recommendation within fourteen (14) days from the date of its filing shall bar an aggrieved party from challenging on appeal the district court's order based on unobjected-to factual findings and legal conclusions.

Recommended in Orlando, Florida on June 25, 2015.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy